AO91 (Rev. 12/03)   Criminal Complaint

**FILED**

August 07, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Joseph Hinojos_____
DEPUTY

# UNITED  STATES  DISTRICT  COURT

## WESTERN DISTRICT OF TEXAS,    PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>Fausto HERNANDEZ-Mercado | **CRIMINAL COMPLAINT**<br><br>**Case Number:   PE: 26-MJ-295** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __8/5/2026__ in __Pecos__ County, in the __Western District Of Texas__ defendant(s) did, knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, or attempt to transport and move such alien within the United States in furtherance of said violation of law, for the purpose of commercial advantage or private financial gain

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & (a)(1)(B)(i)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Complaint sworn to telephonic ally and signed electronically on this date.
FE D.R.CRIM.P. 4.1(b)(2)(A)

_Signature of Complainant_

**Sebastian Torres**
Printed Name of Complainant

__8/7/2026__
Date

at   **Pecos, TX**
City/State

**David Fannin**         **U.S. Magistrate Judge**
Name & Title of Judicial Officer

_Signature of Judicial Officer_

CONTINUATION OF CRIMINAL COMPLAINT

Fausto HERNANDEZ-Mercado

FACTS    (CONTINUED)

Immigration History:
None Found

Criminal History:
None Found

<u>AFFIDAVIT</u>

United States of America v.

**Defendants:**

1) Fausto, Hernandez Mercado

On August 4, 2026, at approximately 11:20 p.m., a Pecos County Deputy conducted a vehicle stop on a black Ford F-150 for a non-functioning taillight. The Deputy initiated the stop on Highway 290 in a residential area of Sheffield, Texas, located approximately 72 miles east of Fort Stockton, Texas.

During the vehicle stop, the Deputy observed one individual exit the vehicle and flee on foot. The driver and two additional occupants remained inside the vehicle. During interviews, the Deputy suspected the passengers were illegally present in the United States because none of the occupants possessed a U.S. identification card or driver's license. The Deputy then requested assistance from the U.S. Border Patrol to determine the occupants' citizenship.

A Border Patrol Agent responded to the request and arrived on scene at approximately 11:40 p.m. The Border Patrol Agent immediately began searching for the individual who had fled on foot. After approximately 40 minutes of searching the immediate area, the Border Patrol Agent returned to the location of the vehicle stop.

The Border Patrol Agent then conducted an immigration inspection of the three occupants of the vehicle. The interviews revealed that all three occupants were citizens of Mexico. The two passengers did not possess documents allowing them to legally enter, transit through, or remain in the United States. The driver was later identified as Hernandez-Mercado, Fausto, who had been admitted into the United States on June 13, 2026, with an H-2A visa as a temporary agricultural worker.

On August 5, 2026, at approximately 12:30 a.m., the Border Patrol Agent placed the two passengers under arrest for being illegally present in the United States. The Border Patrol Agent also placed the driver under arrest for the suspected smuggling attempt. The three subjects were later transported to the Sanderson Border Patrol Station for processing. Pecos County took custody of the vehicle involved in the suspected smuggling attempt.

At the Sanderson Border Patrol Station, a post-Miranda interview was conducted with the Defendant, who admitted to being the driver, that he knew the subjects were in the United States illegally, and that the Defendant intended to drive the aliens to St. Lawrence, Texas. Defendant further stated that he understood it is illegal to transport undocumented aliens within the United States and he admitted he was going to be paid $1,500 per person transported.

I make this affidavit based on my personal knowledge and information furnished to me by other Border Patrol Agents.

Border Patrol Agent
Sebastian Torres

Honorable Judge David B. Fannin
United States Magistrate Judge